ANDREW G. COOPER et al., Appellants, *v.* THE CITY OF
BROOKLYN, Respondent.

*Cooper* v. *City of Brooklyn,* 11 App. Div. 71, affirmed.
(Argued June 8, 1899; decided October 3, 1899.)

APPEAL from a judgment and order of the Appellate
Division of the Supreme Court in the second judicial depart-
ment, entered March 13, 1897, affirming a judgment in favor
of defendant entered upon a decision of the court at Special
Term.

*Albert A. Wray* for appellants.

*John Whalen, Corporation Counsel (William J. Carr,* of
counsel), for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

MERRICK WATER COMPANY, Appellant, *v.* THE CITY OF
BROOKLYN, Respondent.

*Merrick Water Co.* v. *City of Brooklyn,* 32 App. Div. 454, affirmed.
(Argued June 8, 1899; decided October 3, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
August 8, 1898, reversing a judgment in favor of plaintiff
entered upon the report of a referee, and granting a new
trial.

*Franklin B. Lord* for appellant.

*John Whalen, Corporation Counsel (William J. Carr,* of counsel), for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

All concur.